COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| RAMON ALVARADO CHACON, | § | No. 08-14-00227-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 394th District Court |
| | § | |
| | § | of Brewster County, Texas |
| THE STATE OF TEXAS, | § | (TC# 4254) |
| | § | |
| Appellee. | § | |
| | § | |

## MEMORANDUM OPINION

Ramon Alvarado Chacon appeals his conviction of continuous sexual abuse of a young child. A jury found Appellant guilty, and the court assessed his punishment at imprisonment for a term of fifty-five years. We affirm.

## FRIVOLOUS APPEAL

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See In re Schulman*, 252 S.W.3d 403, 406 n.9 (Tex.Crim.App. 2008)("In Texas, an *Anders* brief need not specifically advance 'arguable' points of error if counsel finds none, but it

must provide record references to the facts and procedural history and set out pertinent legal authorities."); *High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978). Counsel has notified the Court in writing that he has delivered a copy of counsel's brief and the motion to withdraw to Appellant, and he has advised Appellant of his right to review the record, file a *pro se* brief, and to seek discretionary review. *Kelly v. State*, 436 S.W.3d 313, 318-20 (Tex.Crim.App. 2014)(setting forth duties of counsel). We granted Appellant's motion for access to the record, but he has not filed a *pro se* brief.

We have carefully reviewed the record and counsel's brief. We agree that the appeal is wholly frivolous and without merit and we find nothing in the record that might arguably support the appeal. The judgment of the trial court is affirmed.

STEVEN L. HUGHES, Justice

July 6, 2016

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)